# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BROCK OHLSON, ESQ.; AND MAINOR WIRTH, <br> Appellants, <br> vs. <br> JILL HATFIELD, <br> Respondent. | No. 72180 |
| JILL HATFIELD, <br> Appellant, <br> vs. <br> BROCK OHLSON; AND MAINOR WIRTH, LLP, <br> Respondents. | No. 72765 |

**FILED**

SEP 1 3 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

Pursuant to the stipulation of the parties, and cause appearing, these consolidated appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Chief Judge, The Eighth Judicial District Court
Hon. Joseph T. Bonaventure, Senior Judge
Persi Mishel, Settlement Judge
Brock K. Ohlson PLLC
Mace J. Yampolsky, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-30785